# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA ALMANZA,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., and JOHN DOES 1-25,<br><br>    Defendants. | **Case No. 1:17-cv-00830-DAD-SKO**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES SET IN THE SCHEDULING ORDER**<br><br>(Doc. 32) |

Based on the "Joint Motion to Extend the Deadlines Set in the Scheduling Order" (Doc. 32), and good cause appearing pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS the Stipulation and modifies its September 29, 2017, Scheduling Order (Doc. 15) as follows:[1]

| Event | Current Date | New Date |
|---|---|---|
| Settlement Conference | April 24, 2018 | September 6, 2018 at 10:00 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto |
| Non-Expert Discovery Deadline | July 11, 2018 | October 9, 2018 |
| Expert Disclosure Deadline | July 18, 2018 | October 16, 2018 |
| Rebuttal Expert Disclosure Deadline | August 1, 2018 | October 30, 2018 |
| Expert Discovery Deadline | August 15, 2018 | November 13, 2018 |
| Non-Dispositive Motion Filing Deadline | August 21, 2018 | November 19, 2018 |

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar, to allow the Court adequate time to rule on non-dispositive and dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial.

| Non-Dispositive Motion Hearing Deadline | September 19, 2018 | December 19, 2018 |
| --- | --- | --- |
| Dispositive Motion Filing Deadline | August 21, 2018 | November 19, 2018 |
| Dispositive Motion Hearing Deadline | October 2, 2018 | January 15, 2019 |
| Pre-Trial Conference | December 17, 2018 | March 25, 2019 |
| Trial | February 12, 2019 | May 21, 2019 |

IT IS SO ORDERED.

Dated: **April 17, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

{00088124;1}