| | |
|---|---|
| YOLANDA ALMANZA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., EXPERT GLOBAL SOLUTIONS FINANCIAL CARE, INC., and CONVERGENT OUTSOURCING, INC.,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00830-DAD-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(Doc. 36) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | Before the Court is the parties' Stipulation to Extend Defendant Convergent |
| 2 | Outsourcing, Inc.'s ("Defendant") time to respond to Plaintiff's Second Amended |
| 3 | Complaint (the "Stipulation"). (Doc. 36.) |
| 4 | Good cause appearing, the Court **GRANTS** the Stipulation, and hereby |
| 5 | **ORDERS** that Defendant's time to respond to Plaintiff's Complaint is extended until |
| 6 | June 8, 2018. |

IT IS SO ORDERED.

Dated:  **May 10, 2018**                          /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE