# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **YOLANDA ALMANZA,** | ) Case No.: 1:17-cv-00830-DAD-SKO |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING JOINT MOTION FOR** |
| | ) **AN ORDER EXTENDING TIME TO FILE** |
| **CREDIT ONE BANK, N.A.** and JOHN DOES 1-25, | ) **DISMISSAL DOCUMENTS** |
| Defendants | ) (Doc. 51) |
| And Cross-Complaint. | ) |

On September 6, 2018, the Court issued a minute order stating that the parties settled the case at the settlement conference held on the same day, and ordering the parties to file a Notice of Settlement by September 8, 2018, and dispositional documents by November 2, 2018. (Doc. 50.) Despite the Court's order, the parties did not file a Notice of Settlement by September 8, 2018, and to date, no Notice of Settlement has been filed. Instead, nearly two months on later, on November 1, 2018, the parties filed a Joint Motion for an Order Extending Time to File Dismissal Documents ("Joint Motion"), requesting the Court extend the deadline to file dispositional documents by 30 days. (Doc. 51.)

The Court notes that the parties' Joint Motion fails to even acknowledge that they did not comply with the Court's September 6, 2018 order, let alone attempt to excuse their neglect in failing to a file a Notice of Settlement by September 8, 2018. Accordingly, THE PARTIES ARE HEREBY ADMONISHED that filing a Notice of Settlement is not a mere formality (*see* E.D. Cal. L.R. 160)

and disobeying a court is grounds for sanctions (*see* E.D. Cal. L.R. 110). However, in view of the representations of the parties in their Joint Motion, which includes an affirmation that the case has settled, the Court declines to issue any sanctions at this time, and GRANTS the parties' request for an extension.

IT IS HEREBY ORDERED that the deadline to file dispositional documents is CONTINUED for 30 days from November 2, 2018, to December 3, 2018.

IT IS SO ORDERED.

Dated: **November 6, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE