# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| YOLANDA ALMANZA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>CREDIT ONE BANK, N.A. and JOHN DOES 1-25,<br><br>　　　　Defendants<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>PETER ALMANZA and ROES 1-25,<br><br>　　　　Third-Party Defendant. | YOLANDA ALMANZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A., et al.,<br><br>　　　　Defendants.<br>Case No. 1:17-cv-00830-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 53) |
|---|---|

On December 3, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 53.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 3, 2018**__　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE